**United States District Court**
For the Northern District of California

1
2
3
4                   **E-FILED on 1/12/12**
5
6
7
8       IN THE UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10           SAN JOSE DIVISION
11

| | |
|---|---|
| 12   DON BERNARD, an individual, | No. 11-cv-03414-RMW |
| 13       Plaintiff, | |
| 14      v. | ORDER GRANTING PERMISSION TO ACCESS ELECTRONIC CASE FILING SYSTEM |
| 15   ROBERT DONAT, DOES 1-5, individuals, | |
| 16       Defendants. | |

17

18    Defendant Robert Donat ("defendant"), proceeding *pro se*, requests permission to access the
19 court's electronic filing system. Good cause appearing, the request is granted.
20
21
22  DATED:   January 9, 2012       *Ronald M. Whyte*
                    RONALD M. WHYTE
23                    United States District Judge
24
25
26
27
28

ORDER GRANTING PERMISSION TO ACCESS ELECTRONIC CASE FILING SYSTEM
No. 11-cv-03414-RMW
EDM