**E-FILED on**   4/4/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BERNARD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT DONAT, DOES 1-5, individuals,<br><br>    Defendants. | No. 11-cv-03414-RMW<br><br>ORDER GRANTING MOTION TO EXTEND TIME UNTIL MAY 11, 2012<br><br>**[Re Docket No. 51]** |

    On March 21, 2012, Defendant Robert Donat ("defendant") moved for an extension of time until May 25, 2012 to respond to Plaintiff Don Bernard's Second Amended Complaint ("SAC"), which was filed on March 16, 2012, on the grounds that defendant would be traveling out of the country between March 6, 2012 and May 1, 2012. The court hereby grants defendant's motion to extend time until May 11, 2012. This order is without prejudice to an application from defendant for a further extension of time upon a showing of good cause as to why he needs more than nearly two weeks from the date of his return to the United States to respond to the SAC.

DATED:     April 4, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge